AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2022 OCT -3 A 9:29
CLERK____
SO. DIST. OF GA.

Niela Peters )
_Plaintiff/Petitioner_ )
v. )   Civil Action No. CV 122-122
CREDIT CONTROL SERVICES dba Credit )
_Defendant/Respondent_ collection services )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _[signature]_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 9/28/22

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ -0- | $ n/a | $ -0- | $ n/a |
| Self-employment | $ -0- | $ n/a | $ -0- | $ n/a |
| Income from real property _(such as rental income)_ | $ -0- | $ n/a | $ -0- | $ n/a |
| Interest and dividends | $ -0- | $ n/a | $ -0- | $ n/a |
| Gifts | $ -0- | $ n/a | $ -0- | $ n/a |
| Alimony | $ -0- | $ n/a | $ -0- | $ n/a |
| Child support | $ -0- | $ n/a | $ -0- | $ n/a |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Income source | (col 1) | (col 2) | (col 3) | (col 4) |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ -0- | $ n/a | $ -0- | $ n/a |
| Disability (such as social security, insurance payments) | $ 3300 | $ n/a | $ 3000 | $ n/a |
| Unemployment payments | $ -0- | $ n/a | $ -0- | $ n/a |
| Public-assistance (such as welfare) | $ 835 | $ n/a | $ 939 | $ n/a |
| Other (specify): | $ -0- | $ n/a | $ -0- | $ n/a |
| Total monthly income: | $ 4135 0.00 | $ 0.00 | $ 3939 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | na | na | $ na |
| n/a | na | na | $ na |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | na | na | $ na |
| n/a | na | na | $ na |
| n/a | na | na | $ na |

4. How much cash do you and your spouse have? $ -0-

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NFCU | checking | $ -116.00 | $ NA |
| B of A | checking | $ -0- | $ |
| na | na | $ na | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ -0- |
| Other real estate *(Value)* | $ -0- |
| Motor vehicle #1 *(Value)* | $ -0- |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ -0- |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ -0- |
| Other assets *(Value)* | $ -0- |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | $ n/a | $ n/a |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| GP | mother | 5 |
| TP | mother | 3 |
| ZP | mother | NB |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☐ Yes ☒ No<br>Is property insurance included? ☐ Yes ☒ No | $ 1350 | $ n/a |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 450 | $ |
| Home maintenance *(repairs and upkeep)* | $ -0- | $ |
| Food | $ 500 | $ |
| Clothing | $ 200 | $ |
| Laundry and dry-cleaning | $ 75 | $ |
| Medical and dental expenses | $ -0- | $ |
| Transportation *(not including motor vehicle payments)* | $ 120 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ -0- | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ -0- | $ |
|     Life: | $ -0- | $ |
|     Health: | $ -0- | $ |
|     Motor vehicle: | $ -0- | $ |
|     Other: | $ -0- | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ -0- | $ |
|     Credit card *(name)*: | $ -0- | $ |
|     Department store *(name)*: | $ -0- | $ |
|     Other: | $ -0- | $ |
| Alimony, maintenance, and support paid to others | $ -0- | $ |

Case 1:22-cv-00122-JRH-BKE   Document 8   Filed 10/03/22   Page 5 of 8

Page 5 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): school | $ 450 | $ |
| Total monthly expenses: | $ 3145   0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☒ No

    If yes, how much? $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Inflation, cost of living (food + rent increasing) another child, single mom

12. Identify the city and state of your legal residence.
    Augusta, Georgia

    Your daytime phone number: 706 631.8331
    Your age: 30    Your years of schooling: 16

09/27/2022

Niela Peters
5121 Washington Rd
Ste 2, #99
Evans, Georgia 30809

## Affidavit in Support of Motion to Proceed IFP

Notice, it is a Fact, that, I, Niela Peters and affiant, I am a federally protected consumer, natural person, living woman, and I hereby claim that I will autograph for my given name, Niela Peters and as the consumer, natural person, living woman.

Notice, it is a fact, affiant is aware and does so believe that Plaintiff has a right to proceed without cost, because The U.S. Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union (2 Black 620, see also CRANDELL V. NEVADA, 6 Wall 35).

Notice, it is a fact, affiant is aware and does so believe that Plaintiff should not be charged fees or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the state and should not be applied to the third party Plaintiff who is a natural individual and entitled to relief (HALE V. HENKEL).

Notice, it is a fact that affiant receives compensation from the Department of Veteran Affairs for disabilities and injuries sustained while serving on Active Duty, once per month.

Notice, it is a fact that affiant received public benefits in the form of SNAP to assist with the cost of food for herself and three persons under 18.

Notice, it is a fact that affiant has a past due balance for rent.

Notice, it is a fact that affiant has a past due balance on utility accounts (electricity and water)

Notice, it is a fact that affiant misunderstood question #7 (form AO 240), it stands corrected that affiant does not contribute anything to the support of three persons under 18, due to not having anything to contribute.

*Niela Peters*
Niela Peters

09/27/2022

State of Georgia

County of ___Columbia___

Sworn to (or affirmed) and subscribed before me this __29th__ day of __September__, 20__22__, by __Niela Peters__ (Name of Signer).

____ Personally Known

__X__ Produced Identification

Type and # of ID __GA DL  07 0043297__

_____
(Signature of Notary)

_Jonathan L McCauley_

(Name of Notary Typed, Stamped, or Printed)

Notary Public, State of Georgia

OFFICIAL SEAL
JONATHAN L. McCAULEY
NOTARY PUBLIC-GEORGIA
COLUMBIA COUNTY
My Comm. Expires 09/26/2025



n. peters
5121 Washington Rd
ste 2, #99
Evans, Georgia 30809

First Class U.S. Mail
Statutory Non-Domestic Fully Pre-Paid
12 Stat. at Law, Ch. 71, Sec 23
**Federal Offense to collect additional postage**
18 USC 1726 ["without the United States"]

NO POSTAGE
NECESSARY IF
MAILED IN THE
UNITED STATES

CERTIFIED MAIL

7021 1970 0001 8542 8889

U.S.D.C.
Southern District of Georgia
Office of the Clerk
P.O. Box 1130
Augusta, Georgia 30903

1st
A tmpt | 9/30
L/N | on